UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Torrey Armstrong                                                      Docket No. 5:05-CR-91-1BO

**Petition for Action on Supervised Release**

COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Torrey Armstrong, who, upon an earlier plea of guilty to Distribution of More Than 50 Grams of Cocaine Base (Crack), 21 U.S.C. § 841 (a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on December 15, 2005, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On July 20, 2009, the defendant's sentence was reduced to 135 months per Rule 35 and then to 80 months per new crack amendment order.

Torrey Armstrong was released from custody on February 11, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 18, 2015, the defendant submitted a urine screen that returned positive for cocaine use. The defendant is currently participating in substance abuse counseling subsequent to a November 26, 2014, urine screen positive for cocaine use. It is believed the interest of justice would best be served by continuing supervision, allowing him to participate in substance abuse counseling, and modifying his conditions to include the DROPS Program at the second use level.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release is modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Torrey Armstrong
Docket No. 5:05-CR-91-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
> /s/ Bentley H. Massey
> Bentley H. Massey
> Senior U.S. Probation Officer
> 310 New Bern Ave., Ste. 610
> Raleigh, NC 27601
> Phone: 919-861-8815
> Executed On: April 3, 2015

## ORDER OF THE COURT

Considered and ordered this 3 day of April, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge